■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILDRED PRIM, Appellant.—Upon remittitur from the Court of Appeals, judgment of conviction for grand larceny in the second degree insofar as it imposes

sentence unanimously reversed in the interest of justice as a matter of discretion and defendant sentenced to probation for period of five years and matter remitted to Erie County Court, for imposition of terms of probation (Penal Law, § 65.10, subd 3), otherwise judgment affirmed, the evidence adduced upon the trial being sufficient to support it. Present—Marsh, P. J., Moule, Simons, Mahoney and Goldman, JJ.